**Order entered May 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01175-CV

**SHAUN BURGESS, Appellant**

**V.**

**CASTLE KEEPERS, INC., Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01984-2012**

## ORDER

The Court has before it appellee's April 29, 2013 motion to extend time to file brief and

appellant's May 8, 2013 notice of objection to that motion. The Court **GRANTS** the motion and

**ORDERS** appellee to file its brief by May 24, 2013.

/s/ ELIZABETH LANG-MIERS
JUSTICE